# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

GRADY DALMIDA,

        Petitioner,  :  Case No. 1:17-cv-488

  - vs -                     District Judge Susan J. Dlott
                                            Magistrate Judge Michael R. Merz

Warden,
  Toledo Correctional Institution

                                                           :

        Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in the above-captioned case is hereby TRANSFERRED from The Honorable Stephanie K. Bowman to The Honorable Michael R. Merz.

February 11, 2019.

                                                            s/ *Michael R. Merz*
                                                         United States Magistrate Judge